"* * * Where a defendant enters a plea of guilty to a criminal charge the record must affirmatively show that he was advised of his Constitutional right to a trial by jury and that he thereafter knowingly and understandingly waived that right."

We therefore reverse defendant's conviction and remand this cause to the trial court with directions to permit the defendant to withdraw his plea of guilty and plead anew in such proceedings as are consistent with this opinion.

Reversed and remanded with directions.

JONES and MORAN, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE HELVIE, Defendant-Appellant.

(Nos. 71-93, 71-215 cons.;

Fifth District—November 4, 1971.

PER CURIAM:

Paul Bradley, of Defender Project, of Mount Vernon, (Kenneth L. Jones, Assistant District Defender, of counsel,) for appellant.

Frank H. Walker, State's Attorney, of Mount Vernon, for the People.